# United States Court of Appeals
## For the First Circuit

No. 21-1044

JOSEPH B. SHEA,

Plaintiff, Appellant,

v.

PETER MILLETT,

Defendant, Appellee,

ALM RESEARCH LLC,

Defendant.

**ERRATA SHEET**

The amended opinion of this Court, issued publicly on May 27, 2022, is amended further as follows:

On page 14, line 22, replace "statue" with "statute."